UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BARRIS,<br><br>      Plaintiff,<br><br>v.<br><br>CREEKSIDE VILLAGE ASSET PARTNERS, LP, a California Limited Liability Company; LAGUNA ASSET PARTNERS, INC., a California Corporation; and Does 1-10,<br><br>      Defendants, | Case: 2:14-CV-01362-JAM-CMK<br><br>**ORDER** |

## **ORDER**

Pursuant to stipulation of the parties, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.


Dated: 4/14/15          /s/ John A. Mendez_____
                       HONORABLE JOHN A. MENDEZ
                       UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal          Case: 2:14-CV-01362-JAM-CMK